No. 03–287. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. *v.* DOTSON ET AL. C. A. 6th Cir. Certiorari granted. ▮

No. 02–11311. REID *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–732. JOHNSON *v.* DALEY ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 03–737. CROSS ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 03–738. BIVINGS *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied. ▮

No. 03–739. LABERGE *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied. ▮

No. 03–838. THOMPSON, ADMINISTRATOR OF THE ESTATE OF ANDRADE, ET AL. *v.* CHOJNACKI ET AL.; and
No. 03–849. BROWN ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 03–841. DALRYMPLE ET AL. *v.* RENO ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 03–847. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* AMERICAN EAGLE AIRLINES, INC. C. A. 5th Cir. Certiorari denied. ▮

No. 03–850. AVILA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–870. VICORY ET AL. *v.* VERMILLION COUNTY, INDIANA, ET AL. Ct. App. Ind. Certiorari denied. ▮